UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGELIO PONCE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　　　Defendants. | Case No.　C18-00101 RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

## **STIPULATION**

The parties stipulate and agree that in light of Defendant's pending Motion to Dismiss and Plaintiffs' Response requesting dismissal of the Complaint as well (Dkt. Nos. 4, 7), this matter may be dismissed without prejudice and without costs or fees to either party.

Dated this 1st day of June, 2018.


ANNETTE L. HAYES　　　　　　　　　　　LAW OFFICE OF WILLIAM FRICK
United States Attorney

　/s/　Sarah k. Morehead　　　　　　　　　　/s/　William Frick
SARAH K. MOREHEAD, WSBA No. 29680　　William Frick, WSBA No. 26648
Assistant United States Attorney　　　　　　　701 Millennium Tower
Western District of Washington　　　　　　　 719 Second Avenue
United States Attorney's Office　　　　　　　 Seattle, WA 98104
700 Stewart Street, Suite 5220　　　　　　　　Phone: 206-286-0167

Seattle, Washington 98101-1271　　　　　Email: William@fricklawfirm.Info
Phone: 206-553-7970
Email: Sarah.Morehead@usdoj.gov　　　　Attorney for Plaintiffs

Attorneys for Defendants

## ORDER

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice and without costs or fees to either party.

Dated this 1st day of June, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL
[Case No. C18-00101 RSM]- 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970